```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH L. BEATTY, JR.,             :    CIVIL ACTION
                                   :    NO. 11-7240
        Plaintiff,                 :
                                   :
    v.                             :
                                   :
CLERK OF COURTS, et al.,           :
                                   :
        Defendants.                :
```

### O R D E R

**AND NOW**, this **13th** day of **July, 2012**, it is hereby ordered that Plaintiff's Motion to Amend his Complaint (ECF No. 18) is **GRANTED;**

It is hereby further **ORDERED** that Defendant Clerk of Courts' Motion to Dismiss (ECF No. 9) is **GRANTED without prejudice.** All Defendants having been dismissed, the case shall be marked as **CLOSED.**

**AND IT IS SO ORDERED.**

                        s/Eduardo C. Robreno
                    **EDUARDO C. ROBRENO, J.**